# EXHIBIT B

00001

1    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF FLORIDA

2
   CASE NO. 05-21698-CIV-MORENO/SIMONTON

3

4

5 TOPP, INC., a Florida
 corporation,

6
   Plaintiff/Counter-

7   Defendant,
 vs.

8
 UNIDEN AMERICA CORPORATION,

9 a Delaware corporation,

10   Defendant/Counter-
   Plaintiff.

11
 - - - - - - - - - - - - - - x

12

13

14    201 South Biscayne Boulevard
    Suite 1100

15    Miami, Florida
    Friday, October 6, 2006

16    10:18 a.m. - 12:33 p.m.

17

18

19
  DEPOSITION OF SCOTT M. BOUCHNER, CMA, AVA

20

21

22   Taken before Donald W. McKay, RMR, CRR, a

23 Notary Public for the State of Florida at Large,

24 pursuant to Notice of Taking Deposition filed in the

25 above-styled cause.

**Bouchner, Scott.txt**      **Page 1**

00002
1  PRESENT:

2     ANDRES RIVERO, ESQ.
      Rivero Palmer & Mestre, LLP
3     2525 Ponce de Leon Boulevard
      Suite 1000
4     Coral Gables, FL  33134
      (305) 445-2500
5     arivero@rpm-law.com
      Attorneys for the Plaintiff/Counter-
6     Defendant, Topp, Inc.

7     STANLEY H. WAKSHLAG, ESQ.
      AMANDA M. McGOVERN, ESQ.
8     Kenny Nachwalter, P.A.
      201 South Biscayne Boulevard
9     Suite 1100
      Miami, FL  33131
10     (305) 373-1100
      swakshlag@kennynachwalter.com
11    amcgoven@kennynachwalter.com
      Attorneys for the Defendant/Counter-
12    Plaintiff, Uniden America Corporation.

13  ALSO PRESENT:

14     Harry Wilkins

15

16

17

18

19

20

21

22

23

24

25

**Bouchner, Scott.txt**          **Page 2**

00021

1  in September 2003. I believe that's it. Other than

2  to the extent that there were agreements attached to

3  pleadings that I may have reviewed at some point, that

4  I don't recall sitting here today.

5      Q. And those would be contained within the legal

6  pleading binders that you've produced?

7      A. To the extent that they're there, yes.

8      Q. What are your professional qualifications?

9      A. I am a Certified Management Accountant.

10     Q. What is that?

11     A. It's an accreditation that's promulgated by

12  the Institute of Management Accountants. There are

13  about 70,000 members of the IMA worldwide. I don't

14  know the number who actually possess the CMA

15  accreditation, but it's an accreditation given to

16  management accountants. It covers the areas of cost

17  accounting, management accounting, financial

18  accounting, economics, corporate finance, risk

19  management, and a host of other areas.

20     Q. And is that a state organization?

21     A. It's an international organization.

22     Q. Where is it based?

23     A. Montvale, New Jersey.

24     Q. Is it certified, in any way, shape, or form,

25  by the State of Florida?

00022

1    A.  No.  It's not governed by the State of

2  Florida.

3    Q.  Are you licensed by any State of Florida

4  regulatory body?

5    A.  No, I'm not.

6    Q.  You are not a CPA; are you?

7    A.  No, I'm not.

8    Q.  You are not a Certified Fraud Examiner; are

9  you?

10    A.  No, I'm not.

11       I also possess the credential, Accredited

12  Valuation Analyst, which is given out by the National

13  Association of Certified Valuation Analysts, NACVA.

14    Q.  The CMA accreditation, does that require that

15  you sit for some kind of exam?

16    A.  Yes.  It's a four-part exam, similar to the

17  CPA.

18    Q.  Have you ever taken a CPA exam?

19    A.  No, I haven't.

20    Q.  Do you have any plans to take a CPA exam?

21    A.  Not at the present.

22    Q.  And the Accredited Valuation Analyst

23  designation which you have, does that require that you

24  sit for an exam?

25    A.  Yes, it does.

**Bouchner, Scott.txt**                               **Page 22**

00024

1    Q. You've given deposition testimony before, as

2 I understand it.

3    A. That's correct.

4    Q. And you've given testimony at an evidentiary

5 hearing of some sort?

6    A. Correct.

7    Q. On one occasion or more than one occasion?

8    A. One occasion.

9    Q. So the only trial testimony you've given was

10 in connection with a divorce case. Is that right?

11    A. That's correct.

12       MR. WAKSHLAG: Let's mark as the next

13    exhibit, the September 6, 2006 expert witness

14    report.

15       (Defendant's Exhibit 187 was thereupon

16    marked.)

17 BY MR. WAKSHLAG:

18    Q. Mr. Bouchner, take a look at this. Tell me

19 if this is the report that you've rendered in this

20 case.

21    A. Yes, it is.

22    Q. It's dated September 6, 2006. Correct?

23    A. That's correct.

24    Q. And it bears your signature on page 13. Is

25 that right?

00033

1 an analysis. There were certain time frames that

2 became compressed, that it became clear that in order

3 to do a credible job, I would have needed more time.

4 So -- I'm sorry. What was the -- I want to make sure

5 I'm being responsive.

6     Q. What documents, if any, would you have needed

7 from Topp, which you did not receive, in order to

8 enable you to perform a lost profits analysis in this

9 case?

10     MR. RIVERO: Object. Lack of predicate in

11     light of the last answer.

12     THE WITNESS: Okay. So continuing on -- I

13     never got far enough along to really be able to

14     establish everything that I would have needed in

15     order to be able to do that.

16 BY MR. WAKSHLAG:

17     Q. What type of information would you have

18 needed to analyze in order to render a lost profits

19 opinion in this case?

20     A. I would have needed a thorough understanding

21 of the costing of Topp's refurbishing operations,

22 being able to differentiate between the fixed costs in

23 the operation and the variable costs. I would need to

24 have an understanding of exactly how each allegation

25 would have impacted the company on a host of levels.

**Bouchner, Scott.txt**                              **Page 33**

00035

1 defendants. Correct?

2    A. That's correct.

3    Q. Would you agree with me that in giving

4 testimony on lost profits, it's not appropriate simply

5 to subtract only the variable costs from the sales

6 price in making that determination?

7    A. I'm not sure I can answer the question as it

8 was posed. It depends on how you're defining variable

9 costs. I prefer to view it as subtracting out all of

10 the incremental costs that could be, in some cases,

11 just the variable costs; in other cases, you may need

12 to look at the fixed costs to see if the changes in

13 volumes -- sales volumes -- actually create a need to

14 alter the fixed costs as well. So it really is an

15 incremental cost that I'm looking to isolate.

16    Q. Would you agree with me that typically, in an

17 operation such as the one maintained by Topp, you

18 would not only have to look at the variable costs, but

19 you would have to look at things like overhead and

20 other expenses that, to some extent, would be covered

21 by fixed costs?

22    A. That's possible.

23    Q. And you've given testimony in other cases

24 where you have included, within a lost profits

25 determination, both fixed costs and variable costs.

**Bouchner, Scott.txt**            **Page 35**

00038

1  BY MR. WAKSHLAG:

2      Q.  But there are occasions when you've taken

3  fixed costs into account in rendering a lost profits

4  evaluation?

5      A.  Right.  Again, the idea is to identify the

6  incremental changes in costs which may come from

7  purely variable costs, and some may need adjustments

8  to what's generally perceived as fixed costs -- from

9  those that are perceived initially as fixed.

10     Q.  Do you have whatever information you would

11  have needed from Topp, Inc. and Topp Mexico to

12  determine whether or not fixed costs would need to be

13  allocated in performing a lost profits analysis in

14  this case?

15        MR. RIVERO:  Object to the form.

16        THE WITNESS:  No, I do not.

17  BY MR. WAKSHLAG:

18     Q.  Did you do any analysis of the costs

19  associated with the refurbishing operation in Mexico?

20     A.  Not really, no.  Because the -- the cost

21  records were not available.  My understanding is that

22  most of those records were -- are sitting in Mexico,

23  in the factory, and are not available.

24     Q.  Did you ever ask anyone at Topp to provide

25  you with those records?

**Bouchner, Scott.txt**                        **Page 38**

00050

1    Q.  Who did you explain that to?

2    A.  Robert Rubin.

3    Q.  What did you tell him and what did he tell

4  you?

5    A.  What I've explained here today.  That there

6  are many elements of the case.  There are many things

7  that were changing.  There were many challenges in

8  being able to do that.  And I would need time and more

9  information.  If I'm afforded the opportunity to do

10  that, I may consider it.  But if that's not possible,

11  then I won't.

12    Q.  Did he tell you that he would attempt, on his

13  own, to do some type of lost profits analysis?

14    A.  I had seen an interrogatory that was put

15  forth by the plaintiff which, I believe, could be

16  characterized as some type of a lost profits analysis,

17  with regards to certain elements of the allegations.

18    Q.  Did you discuss that with him?

19    A.  Not -- no, I did not.

20    Q.  Did you provide any assistance to him --

21    A.  No.

22    Q.  -- in him reaching his responses?

23    A.  No.  I had seen a draft of the document

24  about -- I think a half an hour before it went out,

25  and said that I didn't have any time to comment one

**Bouchner, Scott.txt**                    **Page 50**

00051

1 way or the other.

2    Q. So he sought out your comments. Correct?

3    A. I don't believe so. I believe that that was

4 sent by counsel.

5    Q. Counsel sought out your comments?

6    A. No. Just giving me a copy of it, as a matter

7 of course. This is what we plan on filing.

8    Q. Did he say, "Do you have any comments?"

9    A. He said this is what we're filing in a half

10 an hour. And that was about it. I never actually

11 spoke with counsel. I believe it was sent by e-mail.

12 And you probably have a copy of the -- you should have

13 a copy of the e-mail in the production that I

14 provided. There was no conversation, because he was

15 in deposition at the time that this was all happening.

16    Q. Let's go to page two of your report, if we

17 could.

18    A. Okay.

19    Q. And in paragraph A, it says that you reached

20 certain conclusions from the period of April 1998

21 through June 2005. Correct?

22    A. Correct.

23    Q. How did you pick the April 1998 date?

24    A. I initially picked the date of all

25 information that was provided by Uniden, which I

**Bouchner, Scott.txt**                              **Page 51**

00052

1 believe was March of '97.  As you can see in one of

2 the draft -- the first draft report that I provided,

3 after I had done that, I was informed of the 1997

4 contract that had a condition that Uniden did not need

5 to provide or send any materials over -- or any

6 inventory to Topp for products over the $50.  That

7 would have skewed the results.  So I began my analysis

8 upon the termination on or the end of that contract.

9     Q.  In looking at the time period from April 1998

10 through June 2005, did you reach any conclusions in

11 terms of what returned product to Uniden was not

12 necessarily product that Topp had a right to buy?

13     A.  No.  I mean, I identified certain elements of

14 that within the report, such as those that were used

15 for what was categorized by Uniden as for internal

16 usage.  There were others that were sold to other

17 companies that I identified as well.  But I'm not

18 making any determinations as to what should have gone

19 to Topp or what could have been used for other

20 purposes.

21     Q.  You testified earlier that you looked at the

22 1996 and 1997 agreements.  Correct?

23     A.  They were in that file, but I believe I

24 reviewed them at one point when I first got involved

25 in the case.

**Bouchner, Scott.txt**                          **Page 52**

00053

1   Q. And do you recall that under some of those

2   agreements, Uniden had the right to do refurbishing of

3   its own product under certain circumstances?

4       MR. RIVERO: Object to the form.

5       THE WITNESS: Yes.

6   BY MR. WAKSHLAG:

7   Q. And do you recall that Uniden had the right

8   to sell to certain others, product that it had

9   refurbished?

10      MR. RIVERO: Object to the form.

11      THE WITNESS: Damark was one, and there may

12      have been another company mentioned as well.

13  BY MR. WAKSHLAG:

14  Q. And other direct purchasers within the

15  discretion of Uniden's senior vice-president. Is that

16  right?

17  A. Right.

18  Q. So you agree that there are categories of

19  returns that Uniden was not required to make available

20  for sale to Topp. Correct?

21      MR. RIVERO: Object to the form.

22      THE WITNESS: At certain points in time, I

23      believe that's correct.

24  BY MR. WAKSHLAG:

25  Q. And they would include, among other things,

**Bouchner, Scott.txt**                    **Page 53**

00054

1  depending on the time period that we're talking about,

2  product whose sales price was over $50.  Correct?

3       MR. RIVERO:  Object to the form.

4       THE WITNESS:  For the April 1st, '97 period,

5    to March 31st, '98, I believe that was in the

6    contract.

7  BY MR. WAKSHLAG:

8    Q.  And internal usage.  Correct?

9       MR. RIVERO:  Object to the form.

10       THE WITNESS:  I believe there was language to

11     that effect in the agreement.

12  BY MR. WAKSHLAG:

13    Q.  And consumer direct sales.  Correct?

14       MR. RIVERO:  Object to the form.

15       THE WITNESS:  Yes.

16  BY MR. WAKSHLAG:

17    Q.  And these A-1 sales to Damark and Famous

18  Brands and other direct purchasers.  Correct?

19       MR. RIVERO:  Object to the form.

20       THE WITNESS:  Right.  I mean, I haven't tried

21     to interpret any of these, but I do recall seeing

22     that type of language in the agreement.

23  BY MR. WAKSHLAG:

24    Q.  Does your opinion take into account whether

25  or not Topp had the right to purchase from Uniden,

**Bouchner, Scott.txt**                              **Page 54**

00055

1  product that was returned to Uniden that was new?

2      A.  I don't have any opinions specifically.  I

3  know that that's a point of contention that I've seen

4  in various pleadings.

5      Q.  And if it were to be established that Topp

6  did not have the right to buy from Uniden, returned

7  product to Uniden that was new, then the quantum of

8  that product would have to be excluded from your

9  calculation.  Correct?

10     A.  Yeah.  Provided it could be established what

11 the quantum of that product was, and I was instructed

12 that that was the law that I was to apply, I can

13 consider that as part of my calculations.

14     Q.  Let me understand what you just said.  Who

15 were you instructed by to take that into account, and

16 what instruction did you receive?

17     A.  I thought we were talking as a hypothetical.

18 At this point, I haven't -- if I was instructed by the

19 Court, by anybody, that the law is -- right now, I

20 believe that there is some contention as to what the

21 law is and what the amount would be if the law

22 actually went to Uniden's position.  I'm saying that

23 if I were told to assume that Uniden's position was

24 correct, and I was told the number of units that were

25 new or was provided evidence of what was new as

**Bouchner, Scott.txt**                                    **Page 55**

00061

1  are out there.

2      Q.  And would you agree with me that the longer

3  it took Uniden to ship returns to Topp, the less Topp

4  had to pay for those returns?

5      A.  Right.  But the financial impact would likely

6  be more severe than the benefit received from the

7  reduced cost.  The demand in the marketplace for those

8  products would be less presumably after it's no longer

9  a product that's being actively sold.  The selling

10  price that would be paid would likely be less by

11  Topp's customers.  But yes, there would be a

12  reduction, because either through price protection or

13  through the min-net that was available at the time,

14  that would be less.

15      Q.  Do you have any evidence of any benefit

16  directly received by Uniden resulting from any delay

17  in shipment of B-stock product to Topp?

18      A.  I don't have any documentary evidence.  I can

19  only speculate as to the positive benefits that could

20  conceivably be received by Uniden as a result of that

21  type of behavior.

22      Q.  You're not an economist; are you?

23      A.  I've taken economics classes, but no, I would

24  not consider myself to be an economist.

25      Q.  You've never been retained as an expert

**Bouchner, Scott.txt**                                    **Page 61**

00062

1 economist; have you?

2    A. No, I have not.

3    Q. You're not aware of a single sale that Uniden

4 was able to make that it would not have been able to

5 make but for this delay issue; are you?

6        MR. RIVERO: Object to the form.

7        THE WITNESS: I can't point to a specific

8    sale, no.

9 BY MR. WAKSHLAG:

10    Q. As I understand it, one of your conclusions

11 is that Uniden may have done this in order to

12 eliminate competition from Topp. Correct?

13    A. It is one possibly. It certainly -- if you

14 don't turn over refurbished product until the product

15 is no longer being sold in the marketplace, it would

16 ultimately have a positive benefit to Uniden's retail

17 customers. And to the extent that they are

18 benefitting from it, it may have benefits to Uniden as

19 well.

20    Q. But you don't know that; do you?

21    A. No.

22    Q. And are you aware of a single sale that Topp

23 lost that it would have been able to make had it been

24 able to receive this product more quickly from Uniden?

25        MR. RIVERO: Object to the form.

**Bouchner, Scott.txt**                    **Page 62**

00063

1        THE WITNESS:  There were situations where

2        there was a buildup in Topp's inventory.  Could I

3        point to a specific product and say that sale

4        would have been made?  No, I haven't done that

5        type of an analysis.

6   BY MR. WAKSHLAG:

7        Q.  And in order to do that analysis, you would

8   also have to know what inventory, if any, Topp had

9   separate and apart from the inventory which Uniden was

10  not delivering to Topp as quickly as your report

11  suggests it should have.

12       A.  I would probably look to that if I were doing

13  that type of an analysis, yeah.

14       Q.  And if Topp had that product in inventory, it

15  would not be damaged as a result of not receiving that

16  product from Uniden, if it was in sufficient quantity

17  to make a sale.  Is that right?

18       A.  Well, it depends on the timing of it.  They

19  may ultimately have developed a backlog of that

20  product, but the question is would they have been in a

21  better position to sell it had they had that product

22  earlier on in the product's life cycle.

23       Q.  And you don't know whether that's true or

24  not; do you?

25       A.  I have not done that analysis, no.

00080

1  unusable manner.  There were an extra million lines of

2  data that was duplicative, so we were not able to use

3  that information.  At the end of August, we received a

4  data file that was raw transactional information, in a

5  very raw format.  And this analysis reflected the

6  observations that I was able to make in the time that

7  I had to make them.

8      Q.  On page five, you quantify the variance, at

9  the very bottom, as 1,324,116 units.  Do you see that?

10     A.  Yes.

11     Q.  And then you come up with a value of

12  $72,018,402.  Correct?

13     A.  Yes.

14     Q.  And that calculation does not provide for any

15  offsets whatsoever for either internet sales, new

16  product returns, or product that was not salvageable;

17  does it?

18     A.  Well, that number was never intended to be

19  anything other than to convey that there are

20  significant dollars involved or attached to those

21  1.3 million units.  It wasn't used to calculate

22  damages.  It wasn't used anything more than to be

23  illustrative that there is a substantial amount of

24  money that would be connected with those products.

25     Q.  Based on the figure of 1,324,000 units.

00082

1    Q. And the millions of dollars of lost

2  opportunity to Topp, as you define it in this table,

3  is $72 million; isn't that true?

4    A. No. No. I said millions of dollars of lost

5  opportunity. Seventy-two just quantifies everything.

6  I'm not saying that all 72 million is the lost

7  opportunity. I'm just saying that it's in the

8  millions of dollars, and the universe from which that

9  millions would come from is out of the 72.

10    Q. It's only in the millions of dollars if Topp

11  had the right to buy some or all of the 1.3 million

12  units; isn't that right?

13    A. Well, if it's 1/72nd of this number, that

14  would enter into the millions of dollars.

15    Q. If it's 1/72nd of that?

16    A. Well, if it's $72 million in total, as soon

17  as I have 1/72nd of that, I would be over a million.

18    Q. Let's break that down. The 72 million is

19  based on Uniden's original shipping price. Correct?

20    A. It's the average shipping price of every

21  product that was actually shipped. What I did was I

22  calculated the total dollars received by Uniden and

23  the total shipments associated by those units, and

24  divided one into the other to get an overall average.

25  So it would reflect, you know, the midpoint roughly of

**Bouchner, Scott.txt**                          **Page 82**

00083

1  where it was sold at.

2     Q.  But you're using Uniden's new product price

3  in order to come to that number; aren't you?

4     A.  Yes.

5     Q.  Topp didn't pay new product price for B-stock

6  product; did it?

7     A.  No.  But it also sold it for more than they

8  paid.  I have not done an analysis to quantify.  This

9  $72 million is not intended to represent Topp's lost

10  opportunity; it's just indicative that there was a

11  lost opportunity that would have been in the millions

12  of dollars.

13     Q.  Assuming that they had a right to buy the

14  units.

15     A.  Assuming that they had a right to buy the

16  units.

17     Q.  If they didn't, then there would be no lost

18  opportunity.

19     A.  If they had no right to buy any of the units,

20  we probably wouldn't be here today.  I'm assuming that

21  there was an opportunity to buy the units, and that

22  there were units that should have gone to Topp that

23  didn't go to Topp.  If it's ultimately proven that

24  there were no units available and everything that has

25  been alleged by the plaintiffs in this case is wrong,

**Bouchner, Scott.txt**                              **Page 83**

00084

1  well, then my purpose for being here becomes moot.

2      Q. So you're assuming that what they've told you

3  is correct.

4      A. I assume that the plaintiff will prevail on

5  its liability allegations.

6      Q. But that's not something that you've been

7  asked to opine on; is it?

8      A. All I've opined on is what's in my report,

9  which was I reviewed raw data, I drew certain

10  conclusions that were based solely on the numbers, as

11  I specifically indicated in the report. And that's

12  what my opinions are at this point.

13      Q. Wouldn't it be more accurate, in terms of

14  defining lost opportunity to Topp, even assuming that

15  the million three number of units would be accurate,

16  the purchase price that Topp would be paying to Uniden

17  for B-stock product as opposed to the new product

18  sales price?

19      A. It would be the sales price that Uniden would

20  be able to collect from its customers. So this number

21  would be something less that Topp would pay, but Topp

22  would then go and sell that product at something more

23  than what they paid.

24      Q. Correct. But the lost opportunity would be a

25  function of what Topp's purchase price to Uniden would

**Bouchner, Scott.txt**                                    **Page 84**

00085

1 be for that product; not for Uniden's retail new

2 product sales price.

3    A.  Right.  But the purpose here was to

4 demonstrate that there is millions of dollars

5 involved.  And it was not -- if I wanted to say that

6 Topp's lost opportunity was $72 million, I would have

7 indicated that in the text.  This was just a table to

8 provide some context.

9    Q.  But if Topp were, for example, paying on

10 average 30 percent or less than Uniden's price, this

11 number would be two-thirds lower; wouldn't it?

12    A.  No.  It would be -- if I were intending to

13 quantify the lost sales that Topp could have

14 conceivably had if it sold all of this product, I

15 would have had to determine what Topp would have sold

16 these products for.  I have not done that.  I based my

17 analysis on the Uniden data.  This was the information

18 that was available.

19    Q.  I want you to assume that Topp would have

20 paid to Uniden no more than 30 percent of Uniden's

21 sales price.

22    A.  Okay.

23    Q.  Okay?  That would get you to approximately

24 $24 million.  Correct?

25    A.  Right.

**Bouchner, Scott.txt**                                    **Page 85**

00086

1    Q. And the lost sales that Topp would have

2  suffered from would be a function of its lost profit

3  margin on that $24 million number.  Correct?

4    A. What it would have sold it for, less what it

5  would have incurred in cost to refurbish it, plus the

6  cost that it paid Uniden -- or less the cost that it

7  would have paid Uniden.  There would have been a lost

8  profits number.  I have not done a lost profits

9  calculation.  This was not an attempt to back-door

10  into a lost profits calculation.  It's merely meant to

11  show that there is a significant amount of dollars at

12  stake here, and that's all it's intended to do.

13    Q. But the $72 million has no rational

14  connection to whatever lost profits Topp may have

15  suffered; does it?

16    A. Nor is it intended to do so in the report.

17    Q. But that's the only number that's in here.

18    A. No.  I mean, there are numbers in the report

19  that represent Topp's lost investment.  I'm not

20  rendering any opinions as to lost profits.

21    Q. The only aggregate lost opportunity number

22  appears on page five, and that's your number of

23  $72 million.  Correct?

24    A. No.  I just -- again, the lost opportunity

25  refers to millions of dollars.  It doesn't refer to

**Bouchner, Scott.txt**                    **Page 86**

00110

1  components and you're not prepared to express any

2  opinion on either of those components here today.

3  Right?

4      A.  I am not offering any opinions with regards

5  to the financial impact to Uniden on anything -- the

6  specific financial impact.

7      Q.  But even in general terms, you have no

8  knowledge that Uniden actually derived any benefit

9  from any delay in shipping higher-priced product to

10 Topp; are you?

11     A.  I have no specific knowledge or have not

12 reviewed any documents that would allow me to make

13 that specific conclusion.

14     Q.  Now, you based your analysis on these 12

15 examples -- Exhibits, I believe, A-1 through A-12 of

16 your report -- on a 5000-unit threshold.  Correct?

17     A.  Yes.

18     Q.  Did you see anything in any of the contracts

19 between the parties that established that threshold?

20     A.  No.

21     Q.  Was that number given to you by Topp?

22     A.  No.

23     Q.  How did you determine to select that number?

24     A.  I looked at 3,000, I looked at 10,000.  I

25 tried to come up with a number that seemed reasonable

**Bouchner, Scott.txt**                          **Page 110**

00111

1  enough to cover a wide range of products, because some

2  products never got to 10,000.  So that seemed like it

3  would be too high.  I wanted to come up with -- to use

4  a number that would include -- be inclusive enough to

5  look at a large number of products, but not be so

6  small that it wouldn't really reflect what Topp had

7  indicated to me was important, which was that they

8  accumulate enough product to be able to go out into

9  the marketplace and actually sell and supply their

10  various customers with a steady supply.  So the number

11  could have changed.  There was no magic to 5,000.  It

12  could have been 4,000 or 6,000.  But I think it should

13  have been somewhere in the general range of where I

14  ended up.

15      Q.  Did you do any analysis based on 3,000?

16      A.  I looked at 3,000, more eyeballing it.

17      Q.  Did you generate any data, any spreadsheets

18  or any calculations, based on 3,000?

19      A.  No.  What I did do is I looked at the 12 that

20  I did, and I looked at what 3,000 would have

21  represented.  It was really more of a cursory review

22  as opposed to actually a formal production.  These are

23  time-consuming charts to produce.  So I didn't

24  actually create charts at 3,000.

25      Q.  And did you do any spreadsheets or any

**Bouchner, Scott.txt**                          **Page 111**

00149
1    Q. You have no opinion as to whether or not

2  Uniden's percentage return experience falls within

3  industry norms?

4    A. Pursuant to my discussions with David Topp,

5  it doesn't, but I don't have any specific knowledge

6  beyond those discussions.

7    Q. It's strictly based on what David Topp told

8  you?

9    A. Yes.

10    Q. Let's go to page 12 of your report, which

11  discusses investment in Topp's refurbishing

12  operations.

13    A. Yes.

14    Q. The first paragraph indicates you've been

15  asked to assume that Topp would not have invested in a

16  refurbishing operation and entered into a business

17  relationship with Uniden had it known of certain

18  things which it now claims not to have known.

19  Correct?

20    A. Correct.

21    Q. You have no independent opinion as to whether

22  or not that's a valid assumption or not; do you?

23    A. I understand that ultimately, the majority

24  shareholder of Topp, Inc., David Topp, would make

25  decisions based on all of the facts that were known or

**Bouchner, Scott.txt**                    **Page 149**

00150

1 knowable at the time that he would have entered into

2 those agreements. And I can't possibly know what

3 would have been in his head at the time. So I have to

4 assume that but for these acts, if he tells me that he

5 would never have gone forward with this if he knew of

6 those types of problems, I'll accept that as an

7 underlying assumption.

8     Q. He's asked you to make that assumption.

9 You've been asked to make that assumption. Correct?

10    A. It's the predicate to this analysis.

11    Q. I want to get an answer specifically to my

12 question.

13        You've been asked to make that assumption.

14 Correct?

15        MR. RIVERO: Objection to the form.

16        THE WITNESS: I explained that in performing

17    a calculation of lost investment -- there is a

18    distinction between lost profits and lost

19    investment -- loss of investment. And you can't

20    have both; because if you don't make the

21    investment, you can't have lost profits. So

22    consequently, I have assumed that the

23    relationship would never have gone forward but

24    for the fraud, and explained that that would be a

25    predicate to this, and that was accepted by the

**Bouchner, Scott.txt**                    **Page 150**

00158

1    Q.  And do you know what business Topp Solutions

2  is involved in?

3    A.  I know that they're part of the Topp Group,

4  but I don't recall what it is that they're involved

5  with.

6    Q.  Do you know whether or not any of Topp

7  Solutions' products were being refurbished by Topp

8  Mexico?

9    A.  There was some -- I believe that there were

10  some small intercompany balances that would be part of

11  that, but they would be very small.

12    Q.  And what about Topp Mexico refurbishing

13  directly with any third parties as opposed to through

14  Topp, Inc., whether it's cordless phones, cellular

15  phones, satellites, receivers or anything else?

16    A.  I don't know specifically, but because there

17  is not a lost profits analysis, the assumption is that

18  if the investment was not made because -- the

19  investment wouldn't have been made but for the

20  relationship with Uniden.  Or if the investment that

21  was made early on didn't include ultimately a

22  continued relationship with Uniden, it would have been

23  much -- you wouldn't have had the continued funding

24  that you did over this period of time.

25    Q.  What economic analysis would you need to do

**Bouchner, Scott.txt**                          **Page 158**

00159
1  in order to determine whether or not the assumption

2  that you've been asked to make that the investment

3  would never have been made is viable?

4      A.  I don't think much of any economic analysis.

5  The reason being that if someone was approached and

6  was told, you have an opportunity to essentially

7  partner with a manufacturer who is going to take

8  advantage of the relationship in all of the ways that

9  have been alleged by the plaintiffs in this case, I'm

10  assuming that the prudent businessperson would not get

11  involved in a relationship with somebody that they

12  couldn't trust.  So that lack of trust would prevent

13  that from going forward.  It's not really an economic

14  issue as much as it's an issue that you wouldn't get

15  involved with people that you can't trust to do

16  business with.

17      Q.  Would you agree that it would have to rise to

18  the level of materiality?

19      A.  Yes.

20      Q.  And what economic assumptions would you need

21  to analyze in order to determine whether or not the

22  assumption that you've been asked to make is based on

23  a material fact?

24      A.  That's not a decision that I'm prepared to

25  make.  My threshold for allowing somebody to take

**Bouchner, Scott.txt**                    **Page 159**

00160

1 advantage of me is different than your threshold for

2 allowing somebody to take advantage of you.  There may

3 be certain things that happen as part of business that

4 are normal.  I can't possibly put myself in the shoes

5 of the owners of Topp -- or the owner of Topp and make

6 that decision.

7    Q. So you don't have an opinion today as to the

8 materiality of any of the issues that are being

9 alleged here.

10    A. I don't have a specific allegation of

11 materiality -- I have not analyzed materiality.  No,

12 it's not a factor.  I've identified issues that I was

13 able to view by analyzing the data that was presented

14 to me, but there are a lot of other issues in this

15 case that go well beyond the analysis that I have in

16 this report.

17    Q. Would you agree with me, looking at the net

18 profits and loss columns, that approximately half of

19 the net profits and losses, which total $10.98 million,

20 were incurred on or before calendar year 2000?

21    MR. RIVERO:  Which page?

22    MR. WAKSHLAG:  It's Appendix C.

23    THE WITNESS:  Yes.

24    MR. WAKSHLAG:  I need to take a short break.

25    (Thereupon, a recess was taken, after which

**Bouchner, Scott.txt**                                    **Page 160**

00167

1 relationship between the two parties.  That

2 constituted essentially the -- well, the vast amount

3 of all of Topp Mexico's activities for most of this

4 time period.

5     Q.  But you're not able to tell me to what

6 extent -- other than the decision to start the

7 relationship with Uniden -- to what extent losses that

8 are reflected here are specifically attributable to

9 issues relating to Uniden.

10     A.  That would be a lost profits analysis, which

11 I've testified I have not done.

12     Q.  And you would also need to look at all other

13 aspects of the operation of Topp Mexico in order to

14 determine to what extent issues with Uniden caused

15 losses down there as opposed to other issues that may

16 have contributed to losses down there.  Correct?

17     A.  There may be other factors that would lead to

18 losses.  That would need to be considered if I were to

19 do such an analysis.

20     Q.  What other kinds of factors would you need to

21 look at?

22     A.  I would look at the entire operations of the

23 company.  I would need to be able to isolate internal

24 factors from external factors, factors that were

25 attributed to Uniden versus those that may be

**Bouchner, Scott.txt**                    **Page 167**