UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-21698-CIV-MORENO

TOPP, INC., a Florida corporation,

    Plaintiff / Counter-Defendant,

vs.

UNIDEN AMERICA CORPORATION, a Delaware corporation,

    Defendant / Counter-Plaintiff.

_____/

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **April 11, 2008**, judgment is entered in favor of the Plaintiff Topp, Inc. and against Defendant Uniden America Corp. on Count 1 in the amount of **$3,398,791.00** and Count 3 in the amount of **$464,454.00**.

Interest shall accrue on the judgment on Count 1 pursuant to 28 U.S.C. § 1961.  For the period from June 30, 2005 to April 14, 2008, the amount of interest on Count 1 is **$710,910.57**.  For which sum let execution issue.  Plaintiff Topp is not entitled to prejudgment interest on its Count 3 tortious interference claim.  Accordingly, it is

**ADJUDGED** that the total amount of **$4,574,155.57** shall be awarded to Plaintiff Topp.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record