UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **05-21698-CIV-MORENO**

TOPP, INC., a Florida corporation,

    Plaintiff / Counter-Defendant,

vs.

UNIDEN AMERICA CORPORATION, a Delaware corporation,

    Defendant / Counter-Plaintiff.
_____/

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on liability, judgment is entered in favor of the Counter-Plaintiff Uniden America Corp. and against Counter-Defendant Topp, Inc. on the Counterclaim in the amount of **$2,182,124.00**.

Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For the period from June 30, 2005 to April 14, 2008, the amount of interest on the Counterclaim is **$459,637.34**. For which sum let execution issue. Accordingly, it is

**ADJUDGED** that the total amount of **$2,641,761.34** shall be awarded to Counter-Plaintiff Uniden.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record